**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 00541 BNB**       MAR 27 2006

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

MATTHEW F. HALE,

       Plaintiff,

v.

JOHN ASHCROFT, individually and in his official capacity,
ALBERTO GONZALES, individually and in his official capacity,
HARRELL WATTS, individually and in his official capacity,
R. WILEY, individually and in his official capacity,
MICHAEL NALLEY, individually and in his official capacity,
F.A. BIERSCHBACH, individually and in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, individually and in his official capacity,
HARVEY CHURCH, individually and in his official capacity,
US PENITENTIARY - MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, individually and in her official capacity,

       Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner Complaint and a Letter to the Court.  The court

has determined that the documents are deficient as described in this order.  He has

failed either to pay the $250.00 filing fee or to file a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Notwithstanding the deficiencies, the

clerk of the court will be directed to commence a civil action.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files

in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | ___ | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | ___ | is missing required financial information |
| (5) | ___ | is missing an original signature by the prisoner |
| (6) | ___ | is not on proper form (must use the court's current form) |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | X | other: motion is necessary only if filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (10) | ___ | is not submitted |
| (11) | ___ | is not on proper form (must use the court's current form) |
| (12) | ___ | is missing an original signature by the prisoner |
| (13) | ___ | is missing page nos. ___ |
| (14) | ___ | uses et al. instead of listing all parties in caption |
| (15) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | ___ | names in caption do not match names in text |
| (18) | X | other: page one of the prisoner complaint is not on proper form |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and page one of the

2

Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this **23rd** day of **March**, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **06 - CV - 00541-**_BrB_

Matthew F. Hale
Reg. No. 15177-424
USP - MAX
P.O. Box 8500
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and page one of the Prisoner Complaint** to the above-named individuals on _3-27-06_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk