IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00541-BNB

MATTHEW F. HALE,

    Plaintiff,

v.

JOHN ASHCROFT, individually and in his official capacity,
ALBERTO GONZALEZ, individually and in his official capacity,
HARRELL WATTS, individually and in his official capacity,
R. WILEY, individually and in his official capacity,
MICHAEL NALLEY, individually and in his official capacity,
F. A. BIERSCHBACH, individually and in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, individually and in his official capacity,
HARVEY CHURCH, individually and in his official capacity,
U. S. PENITENTIARY – MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, individually and in her official capacity,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2006

GREGORY C. LANGHAM
CLERK

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

On May 31, 2006, Magistrate Judge Boyd N. Boland ordered Plaintiff Matthew F. Hale to show cause why the instant application should not be denied as for failure to exhaust state remedies as to each of his asserted claims. On June 23, 2006, Mr. Hale filed a response to the order to show cause. Based upon the information provided in the response, it appears that Mr. Hale has exhausted state remedies as to each of his claims. Therefore, the complaint will not be dismissed at this time for failure to exhaust state remedies. The May 31 show-cause order will be discharged. Accordingly, it is

ORDERED that the May 31, 2006, order to show cause is discharged.

DATED at Denver, Colorado, this 27th day of June, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00541-BNB

Matthew F. Hale
Reg. No. 15177-424
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/30/06

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk