IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 06-cv-00541-REB-MJW

MATTHEW F. HALE,

    Plaintiff,

v.

JOHN ASHCROFT, individually and in his official capacity,
ALBERTO GONZALEZ, individually and in his official capacity,
HARRELL WATTS, individually and in his official capacity,
R. WILEY, individually and in his official capacity,
MICHAEL NALLEY, individually and in his official capacity,
F. A. BIERSCHBACH, individually and in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, individually and in his official capacity,
HARVEY CHURCH, individually and in his official capacity,
U. S. PENITENTIARY – MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, individually and in her official capacity

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
               CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated July 7, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00541-REB-MJW

Matthew F. Hale
Reg. No. 15177-424
ADX – Florence
PO Box 8500
Florence, CO 81226

ADX -Florence c/o Warden Wiley,
R. Wiley, Harvey Church – WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
DELIVERED ELECTRONICALLY

Harrell Watts, Administrator – CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Kathleen Hawk Sawyer, Former Director – CERTIFIED
c/o Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Federal Bureau of Prisons – CERTIFIED
c/o Harley G. Lappin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Alberto Gonzalez, US Attorney General – CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

John Ashcroft, Former US Attorney General – CERTIFIED
c/o Alberto Gonzalez, US Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Michael Nalley, Regional Director – CERTIFIED
North Central Regional Office
Federal Bureau of Prisons
400 State Ave., Tower II, 8th Floor
Kansas City, KS 66101-2492

Special Agent in Charge – CERTIFIED
Federal Bureau of Investigation
111 S. Tejon Street, Suite 600
Colorado Springs, CO 80903-2262

Robert Mueller, Director – CERTIFIED
Federal Bureau of Investigation
J. Edgar Hoover Building
9th and Pennsylvania Ave., N.W.
Washington, D.C.  20535

US Marshal Service
Service Clerk
Service forms for: F.A. Bierschbach

United States Attorney
District of Colorado
DELIVERED ELECTRONICALLY


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for process of service on ADX - Florence c/o Warden Wiley, R. Wiley, Harvey Church, to the US Marshal Service for process of service on F.A. Bierschbach, and to Harley G. Lappin, Michael Nalley, Harrell Watts, Kathleen Hawk-Sawyer, Federal Bureau of Prisons, Federal Bureau of Investigation, and the United States Attorney General via certified mail: COMPLAINT FILED 3/2706, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/12/06         .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk