**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00541-REB-MJW

MATTHEW F. HALE,

    Plaintiff,

v.

JOHN ASHCROFT, individually and in his official capacity,
ALBERTO GONZALEZ, individually and in his official capacity,
HARRELL WATTS, individually and in his official capacity,
R. WILEY, individually and in his official capacity,
MICHAEL NALLEY, individually and in his official capacity,
F. A. BIERSCHBACH, individually and in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, individually and in his official capacity,
HARVEY CHURCH, individually and in his official capacity,
U. S. PENITENTIARY –  MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, individually and in her official capacity,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on plaintiff's **Motion for Default Judgment** [#44], filed March 1, 2007.  This motion was then referred to Magistrate Judge Watanabe for ruling.  The referral is withdrawn.  The motion is **DENIED**.  The defendants have filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1) [#27], filed September 11, 2006.  Such a motion is required to be made prior to the time an answer is filed.  Having brought such a motion, defendants have not failed to "otherwise defend" this action, as required for entry of default under Fed.R.Civ.P. 55(a).

Dated:  March 5, 2007

-----------------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.