IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00541-REB-KLM

MATTHEW F. HALE,

    Plaintiff,

v.

UNITED STATES, et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#61], filed January 11, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#61], filed January 11, 2008, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

2.  That the **United States' Motion To Dismiss** [#53], filed August 22, 2007, is **GRANTED**;

3.  That plaintiff's Sixth Claim for Relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by the Federal Tort Claims Act; and

4.  That the United States is **DROPPED** as a party defendant to this action, and the case caption **AMENDED** accordingly.

Dated February 7, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**