IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00541-REB-KLM

MATTHEW F. HALE,

    Plaintiff,

v.

JOHN ASHCROFT, in his official capacity,
ALBERTO GONZALEZ, in his official capacity,
HARRELL WATTS, in his official capacity,
R. WILEY, in his official capacity,
MICHAEL NALLEY, in his official capacity,
F. A. BIERSCHBACH, in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, in his official capacity,
HARVEY CHURCH, in his official capacity,
U. S. PENITENTIARY – MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, in her official capacity,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#68], filed July 29, 2008; (2) **Defendants' Objections to Recommendation of United States Magistrate Judge** [#70], filed August 12, 2008; and (3) plaintiff's **Objections to Recommendation of United States Magistrate Judge Concerning Defendants' Motion To Dismiss** [#74], filed August 18, 2008. I overrule the objections and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections are imponderous and without merit. Although defendants' objections are potentially meritorious, I refuse to consider them as presently presented because the arguments on which defendants rely were not raised in the original motion to dismiss. ***See Liebau v. Columbia Casualty Co.***, 176 F.Supp.2d 1236, 1244 (D. Kan. 2001). If these arguments do indeed have traction, defendants may raise them in an appropriate time and manner.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#68], filed July 29, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Defendants' Objections to Recommendation of United States Magistrate Judge** [#70], filed August 12, 2008, as well as in plaintiff's **Objections to Recommendation of United States Magistrate Judge Concerning Defendants' Motion To Dismiss** [#74], filed August 18, 2008, are **OVERRULED**;

2

3. That defendants' **Motion To Dismiss Official Capacity Claims** [#55], filed September 11, 2007, is **GRANTED IN PART** and **DENIED IN PART**;

4. That the motion is **GRANTED** with respect to plaintiff's Claim 2, alleging violation of his right to equal protection under the Fifth Amendment, Claim 4, insofar as that claim alleges a violation of plaintiff's Fourth Amendment rights in relation to the X-raying of his food,[1] and Claim 5, alleging a claim under 42 U.S.C. § 1985(3), and those claims are **DISMISSED WITH PREJUDICE**; and

5. That in all other respects, the motion is **DENIED**.

Dated September 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] Plaintiff's Claim 4 nevertheless survives insofar as it also alleges a violation of his constitutional rights in relation to the review of his correspondence with the courts.