**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00541-REB-KLM

MATTHEW F. HALE,

     Plaintiff,

v.

JOHN ASHCROFT, in his official capacity,
ALBERTO GONZALEZ, in his official capacity,
HARRELL WATTS, in his official capacity,
R. WILEY, in his official capacity,
MICHAEL NALLEY, in his official capacity,
F. A. BIERSCHBACH, in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, in his official capacity,
HARVEY CHURCH, in his official capacity,
U. S. PENITENTIARY – MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, in her official capacity,

     Defendants.

---

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States

Magistrate Judge** [#72], filed August 14, 2008; (2) plaintiff's **Objections to

Recommendation of United States Magistrate Judge Regarding Defendant Wiley's

Motion To Dismiss Money Damages Claims** [#77], filed August 29, 2008; and (3)

**Defendants' Objections to Recommendation of United States Magistrate Judge

Re: Individual Capacity Claims** [#76], filed August 28, 2008.  I overrule the objections,

adopt the recommendation, and grant defendant's motion to dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. The parties' objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72], filed August 14, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections as stated in plaintiff's **Objections to Recommendation of United States Magistrate Judge Regarding Defendant Wiley's Motion To Dismiss Money Damages Claims** [#77], filed August 29, 2008, as well as defendants' objections as stated in **Defendants' Objections to Recommendation of United States Magistrate Judge Re: Individual Capacity Claims** [#76], filed August 28, 2008, are **OVERRULED**;

3. That **R. Wiley's Motion To Dismiss** [#56], filed September 11, 2007, is **GRANTED**;

4.  That plaintiff's claims against defendant, R. Wiley, in his individual capacity, are **DISMISSED WITH PREJUDICE**; and

5.  That the case caption is **AMENDED** to reflect that defendant, R. Wiley, is sued in his official capacity only.

Dated September 24, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge