**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00541-REB-KLM

MATTHEW F. HALE,

    Plaintiff,

v.

JOHN ASHCROFT, in his official capacity,
ALBERTO GONZALEZ, in his official capacity,
HARRELL WATTS, in his official capacity,
R. WILEY, in his official capacity,
MICHAEL NALLEY, in his official capacity,
F. A. BIERSCHBACH, in his official capacity,
FEDERAL BUREAU OF INVESTIGATION,
HARLEY LAPPIN, in his official capacity,
HARVEY CHURCH, in his official capacity,
U. S. PENITENTIARY – MAX,
FEDERAL BUREAU OF PRISONS, and
KATHLEEN HAWK SAWYER, in her official capacity,

    Defendants.

**ORDER OVERRULING OBJECTIONS TO AND**
**ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#67], filed July 24, 2008; and (2) plaintiff's **Objections to Recommendation of United States Magistrate Judge** [#71], filed August 14, 2008. I overrule the objections, adopt the recommendation, and deny plaintiff's motion for preliminary injunction.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the

recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-reasoned.  Plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#67], filed July 24, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in plaintiff's **Objections to Recommendation of United States Magistrate Judge** [#71], filed August 14, 2008, are **OVERRULED**; and

3. That plaintiff's **Motion for Immediate Preliminary Injunction** [#63], filed April 28, 2008, is **DENIED**.

Dated September 24, 2008, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**